**Opinion issued October 7, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00102-CR

————————————

**FRANCISCO LEON JIMENEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Case No. 1763994**

---

## MEMORANDUM OPINION

Appellant, Francisco Leon Jimenez, has filed an unopposed motion to voluntarily dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decisions have issued. *See* TEX. R. APP. P.

42.2(a), (b). Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P.  42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.

Do not publish. TEX. R. APP. P. 47.2(b).